UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON,<br><br>        Plaintiff,<br><br>  v.<br><br>GAYLE A. KERN, et al.,<br><br>        Defendants. | Case No.: C 10-3197 PVT<br><br>**ORDER REFERRING THIS CASE TO DISTRICT JUDGE JAMES WARE FOR CONSIDERATION OF WHETHER CASE IS RELATED TO CASE NO. C07-5861 JW** |

Plaintiff indicated on both the Civil Cover Sheet filed with her complaint and in her Application to Proceed *In Forma Pauperis* that this action is related to several other cases, the earliest filed of which is *Moulton v. Eugene Burger Management Corporation et al.*, Case No. C07-5861 JW. Thus, before the court takes any action on the application filed by Plaintiff, it is appropriate to determine whether these two cases are "related" such that they should be assigned to the same judge. *See* Civil L.R. 3-12(c). Therefore,

IT IS HEREBY ORDERED that this case is referred to Judge Ware for consideration of whether the present case is related to the earlier filed case.

Dated: *8/5/10*

                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

| | |
|---|---|
| 1 | |
| 2 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.*** |
| 3 | |
| 4 | <u>copies mailed on</u>   *8/5/10*     to: |
| 5 | Sheryl Moulton |
|   | 309 Cedar St., #71 |
| 6 | Santa Cruz, CA 95060 |
| 7 | |
| 8 |                   /s/ Donna Kirchner            for   <br>                  ELIZABETH GARCIA<br>                  Courtroom Deputy |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |