IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 10-03197 PVT |
| Plaintiff, | **ORDER RE: JUDICIAL REFERRAL TO CONSIDER WHETHER THIS CASE IS RELATED TO C 07-5861 JW** |
| v. | |
| Gayle A. Kern, et al., | |
| Defendants. | |

Presently before the Court is Judge Trumbull's Order Referring this case to this Court for consideration of whether it is related to C 07-5861. (Docket Item No. 5.) Upon review and consideration, the Court finds that this case is not related to C 07-5861 JW within the meaning of Civil Local Rule 3-12.

IT IS SO ORDERED.

Dated: August 9, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sheryl Moulton
309 Cedar Street, #71
Santa Cruz, CA 95060

**Dated:  August 9, 2010**                              **Richard W. Wieking, Clerk**

                                                                **By:     /s/ JW Chambers
                                                                          Elizabeth Garcia
                                                                          Courtroom Deputy**