UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAYLE A. KERN, et al.,<br><br>　　　　Defendants. | Case No.: C 10-3197 PVT<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

On October 6, 2010, the court issued an Order to Show Cause Why Case Should Not Be Transferred to the United States District Court for the District of Nevada (the "OSC"), which set a deadline of November 2, 2010 for Plaintiff to respond. As of the date of this order, no response has been filed by Plaintiff.[1] Therefore, based on the file herein,

IT IS HEREBY ORDERED that this case be transferred to the United States District Court for the District of Nevada.

Dated: *December 28, 2010*

　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The court is aware that the copy of the OSC which was sent to Plaintiff was returned to the court as "undeliverable." However, it was incumbent on Plaintiff to inform the court of any change of address, and to apprise herself of all orders filed in this case. *See, e.g., In Re Minick*, Case No. 85-2670, 1986 WL 30772, at * 1 n. 1 (D.D.C. 1986) (noting litigants' duty to review court file on regular basis); and CIVIL L.R. 3-11 (parties must inform court of any change of address). Plaintiff has had ample time in the eleven weeks following the OSC to review the court file and respond to the OSC.

ORDER, *page 1*

1

2 ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4 <u>copies mailed on</u>     *12/2910*            to:

5 Sheryl Moulton
309 Cedar St., #71
6 Santa Cruz, CA 95060

7

8                            */s/   Donna Kirchner     for*
                           OSCAR RIVERA
                           Courtroom Deputy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*